# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JEFFREY GOODWIN, derivatively on behalf of ACCRETIVE HEALTH, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>EDGAR M. BRONFMAN, JR., J. MICHAEL CLINE, STEVEN N. KAPLAN, STANLEY N. LOGAN, DENIS J. NAYDEN, GEORGE P. SHULTZ, ARTHUR H. SPIEGEL, III, MARY A. TOLAN, MARK A. WOLFSON, JOHN T. STATON,<br><br>    Defendants,<br><br>  and<br><br>ACCRETIVE HEALTH, INC., a Delaware corporation,<br><br>    Nominal Defendant. | Case No. 1:12-cv-06798<br>Judge: Charles R. Norgle/Nan R. Nolan |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER THE COMPLAINT OR OTHERWISE PLEAD**

Defendants Edgar M. Bronfman, Jr., J. Michael Cline, Steven N. Kaplan, Stanley N. Logan, Denis J. Nayden, George P. Shultz, Arthur H. Spiegel, III, Mary A. Tolan, Mark A. Wolfson, and John T. Staton ("Individual Defendants"), and Nominal Defendant Accretive Health, Inc. ("Accretive" or the "Company," and with Individual Defendants, "Defendants") by and through their attorneys, hereby respectfully move for the entry of an order granting Defendants an extension of time to answer the complaint or otherwise plead until after resolution

of upcoming motions to remand, reassign, and/or consolidate. The parties have conferred and Plaintiff has agreed to the requested extension.

1. On June 27, 2012, Plaintiff Jeffrey Goodwin filed a civil action in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, captioned *Goodwin v. Bronfman, et al.*, Case No. 12-ch-23754.

2. On July 25, 2012, Plaintiff served Accretive with a copy of the summons and complaint.

3. Defendants have agreed to waive service of the summons and complaint in the above-captioned litigation and that Accretive shall be deemed to have been served with the summons and complaint in the above-captioned litigation as of July 25, 2012, and that the Individual Defendants shall be deemed to have been served with the summons and complaint in the above-captioned litigation as of August 21, 2012.

4. On August 23, 2012, Accretive removed this case to the Northern District of Illinois by filing a removal petition.

5. Under Federal Rule of Civil Procedure 81(c), Accretive is required to answer or otherwise plead seven days after removal. Accretive would be required to file its answer or other responsive pleading by Thursday, August 30, 2012.

6. Counsel for Plaintiff has indicated that they intend to move to remand this case to state court.

7. Another purported shareholder derivative action filed on July 23, 2012 in the Circuit Court of Cook County Illinois, Chancery Division—*Haith v. Bronfman, et al.*, No. 12-ch-27968 ("*Haith* Action")—asserts substantially the same claims as the above-captioned lawsuit.

8. On August 23, 2012, Accretive removed the *Haith* Action to the Northern District of Illinois by filing a substantially similar removal petition as filed in this case. The *Haith* matter is currently pending before Judge St. Eve.

9. At the time of filing of this Motion, two other shareholder derivative suits based on substantially similar allegations have been filed in the United States District Court for the Northern District of Illinois: *Marvin H. Maurras Revocable Trust v. Bronfman, et al*, Civ. No. 12-3395 ("*Maurras Trust* Derivative Suit"); and *Zhao v. Tolan, et al*, Civ. No. 12-6019 ("*Zhao* Derivative Suit"). The *Maurras Trust* Derivative Suit was assigned to Judge Gary Feinerman.

10. On August 23, 2012, Judge Feinerman granted in part Yongqian Zhao's Motion for Reassignment, Consolidation, and for Appointment of Lead Plaintiff and Lead Counsel, granting that portion of the motion that sought to reassign the case to him and continuing that portion of the motion that sought consolidation and appointment of a lead plaintiff. *Maurras Trust* Derivative Suit, Dkt. 44.

11. On August 17, 2012, Accretive moved to dismiss the *Maurras Trust* Derivative Suit. The plaintiff in the *Maurras Trust* Derivative Suit has opposed that motion, which remains pending. No date has been set for Accretive to answer or otherwise respond to the complaint in the *Zhao* Derivative Suit, pending review of Accretive's motion to dismiss the *Maurras Trust* Derivative Suit and Judge Feinerman's ruling on consolidation and appointment of a lead plaintiff and lead counsel.

12. In the interest of judicial efficiency and economy, Accretive will shortly file a Motion to Reassign this case to Judge Feinerman. Accretive will also file a substantially similar motion in the *Haith* Action. Should this case and the *Haith* Action be reassigned to Judge Feinerman, Accretive will move to consolidate the two cases with the *Zhao* Derivative Suit.

13. In light of the pending issues of remand, reassignment, and/or consolidation, no purpose would be served by requiring Accretive to answer or otherwise respond to the complaint until after resolution of pending and upcoming motions.

14. Counsel for Accretive has conferred with counsel for Plaintiff, and counsel for Plaintiff has agreed to the requested extension.

**WHEREFORE**, Defendant Accretive Health, Inc. hereby respectfully moves for the entry of an order granting Accretive an extension of time to answer the complaint or otherwise plead until after resolution of upcoming motions to remand, reassign, and/or consolidate.

Dated: August 29, 2012                  Respectfully submitted,

*/s/ Leonid Feller*

Leonid Feller
KIRKLAND & ELLIS LLP
300 North LaSalle Drive
Chicago, IL 60654
Telephone: (312) 862-2954
Facsimile: (312) 862-2200
leonid.feller@kirkland.com

*Attorneys All Defendants*

**CERTIFICATE OF SERVICE**

    I, Leonid Feller, an attorney, hereby certify that I filed the AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD using the CM/ECF system on this 29th day of August, 2012. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                        */s/ Leonid Feller*