**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JEFFREY GOODWIN, derivatively on behalf of ACCRETIVE HEALTH, INC., )<br><br>Plaintiff, )<br><br>vs. )<br><br>EDGAR M. BRONFMAN, JR., J. MICHAEL CLINE, STEVEN N. KAPLAN, STANLEY N. LOGAN, DENIS J. NAYDEN, GEORGE P. SHULTZ, ARTHUR H. SPIEGEL, III, MARY A. TOLAN, MARK A. WOLFSON, JOHN T. STATON, )<br><br>Defendants, )<br><br>and )<br><br>ACCRETIVE HEALTH, INC., a Delaware corporation, )<br><br>Nominal Defendant. ) | Case No. 1:12-cv-06798<br>Judge: Charles R. Norgle/Nan R. Nolan |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Friday, September 7, 2012 at 10:30 a.m., the undersigned shall appear before the Honorable Charles R. Norgle in Room 2341, at the United States District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois and present the **AGREED MOTION FOR EXTENSION OF TIME TO ANSWER THE COMPLAINT OR OTHERWISE PLEAD**, a copy of which is attached herewith and served upon you.

Dated: August 29, 2012                                  Respectfully submitted,


                                                        /s/ Leonid Feller

                                                        Leonid Feller
                                                        KIRKLAND & ELLIS LLP
                                                        300 North LaSalle Drive
                                                        Chicago, IL 60654
                                                        Telephone: (312) 862-2954
                                                        Facsimile: (312) 862-2200
                                                        leonid.feller@kirkland.com

                                                        *Attorneys for All Defendants*

**CERTIFICATE OF SERVICE**

    I, Leonid Feller, an attorney, hereby certify that I filed the NOTICE OF MOTION using the CM/ECF system on this 29th day of August, 2012. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                                         /s/ Leonid Feller