

# United States District Court
# Northern District of Illinois

In the Matter of

Goodwin

v.

Bronfman, Jr., et al.

District Judge Gary Feinerman

Case No. 12-CV-6798

Designated Magistrate Judge
Nan R. Nolan

### FINDING OF RELATEDNESS PURSUANT TO
### LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Charles R. Norgle, Sr. to be related to 12 C 3395 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Gary Feinerman**

Date: Monday, September 10, 2012

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Gary Feinerman

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge James F. Holderman**

Dated: Tuesday, September 11, 2012

District Reassignment - Finding of Relatedness