**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Jeffrey Goodwin

                          Plaintiff,

v.                                       Case No.: 1:12–cv–06798
                                                 Honorable Gary Feinerman

Edgar M. Bronfman, Jr., et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 9, 2012:

      MINUTE entry before Honorable Gary Feinerman: Status hearing scheduled for 10/10/2012 [17] is stricken and re–set for 1/22/2013 at 9:30 a.m.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.